IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVIA M. SCOTTO,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII ET AL,<br><br>           Defendant. | 8:24CV350<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion.  Plaintiff filed what the Court docketed as a Notice of Appeal, Filing No. 2, on September 6, 2024, in which Plaintiff appeals from the Court's August 14, 2024, order returning materials to Plaintiff, Filing No. 1.  However, Plaintiff failed to include the $605.00 appellate filing and docket fees. Within 30 days, Plaintiff must either submit the $605.00 filing and docket fees to the Clerk's office or submit a request to proceed in forma pauperis.  Plaintiff's appeal cannot be processed until either the appellate filing fee is paid or the question of Plaintiff's authorization to proceed on appeal in forma pauperis is resolved.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $605.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 9, 2024**: Check for MIFP or payment.

Dated this 9th day of September, 2024.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge

Dated this 9th day of September, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge