IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVIA M. SCOTTO,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII ET AL,<br><br>              Defendant. | 8:24CV350<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on what have been docketed as Plaintiff's two Motions for Leave to Appeal in Forma Pauperis ("IFP Motions") filed on October 1, 2024. Filing No. 7 at 1–2; Filing No. 8 at 1–2. Plaintiff filed a Notice of Appeal, Filing No. 2, on September 6, 2024. Plaintiff appeals from the Court's August 14, 2024, order returning materials to Plaintiff. Filing No. 1. Upon review of Plaintiff's IFP Motions, the Court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

      Plaintiff included with her IFP Motions numerous pages of other seemingly random and unorganized documents. Filing No. 7 at 3–32; Filing No. 8 at 3–43. At the same time she filed her IFP Motions, Plaintiff also filed what the Court docketed as two pieces of correspondence consisting of 19 and 21 pages, respectively. Filing No. 5; Filing No. 6. Both the correspondence and attachments to the IFP Motions appear to reference various cases in other districts, make no coherent sense, and the Court cannot ascertain what relief, if any, Plaintiff may be seeking in this Court by filing such documents. To the extent Plaintiff does seek any relief in this Court by filing these documents, such relief is denied.

IT IS THEREFORE ORDERED that: Plaintiff's Motions for Leave to Appeal in Forma Pauperis, Filing No. 7; Filing No. 8, are granted only to the extent that Plaintiff is given leave to proceed in forma pauperis on appeal. To the extent Plaintiff seeks any other relief, such relief is denied.

Dated this 15th day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge